JUNE 13, 1972

No. 71–1372. BENNETT ET AL. *v.* GRAVELLE ET AL. C. A. 4th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

JUNE 19, 1972

No. 71–1085. CALIFORNIA *v.* KAPLAN. Appeal from Sup. Ct. Cal. Motion of appellee for leave to proceed *in forma pauperis* granted. Appeal dismissed, it appearing that the judgment below rests upon an adequate state ground.

No. 71–1400. UNITED AIR LINES, INC. *v.* PORTERFIELD, TAX COMMISSIONER OF OHIO. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted. MR. JUSTICE POWELL took no part in the consideration or decision of this appeal.

No. 71–1477. DICKENS ET UX. *v.* ERNESTO ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 71–5400. HICKMAN *v.* VIRGINIA. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.